UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 23-343(DSD/DLM)

United States of America,

        Plaintiff,

v.                               **ORDER**

William Jones,

        Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Douglas L. Micko dated May 17, 2024. Defendant generally objects to the R&R but does not provide "specific written objections" to the magistrate judge's proposed findings and recommendations, as required by D. Minn. LR 72.2(b)(1). The court therefore overrules defendant's objection. Accordingly, based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1. The R&R [ECF No. 38] is adopted in its entirety; and

    2. The motion to dismiss counts 2 and 3 of the indictment [ECF No. 27] is denied.

Dated: June 3, 2024

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court