# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

WILLIAM JONES,
   a/k/a/ Bill Jones,
   a/k/a Will Jones,

            Defendant.

Case No. 23-cr-343 (DSD/DLM)

**FINAL ORDER OF FORFEITURE**

WHEREAS, on April 23, 2025, this Court entered a Preliminary Order of Forfeiture for the following property pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c):

   a) A Taurus model G3, 9-millimeter pistol bearing serial number ACC712780 and associated accessories and ammunition;

   b) A Hi-Point model C-9, 9-millimeter pistol baring serial number P1834876 and associated accessories and ammunition; and

   c) A Glock model 19X, 9-millimeter pistol bearing serial number BWSX315 and associated accessories and ammunition ("Property").

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on April 26, 2025, providing notice of the United States' intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the United States' Motion for a Final Order of Forfeiture (ECF No. 87) is **GRANTED**;

2. all right, title and interest in the Property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

3. the United States shall dispose of the Property in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 10, 2025            s/*David S. Doty*
DAVID S. DOTY
United States District Judge